# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 3, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court for
  the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

Re: **Estevez v. Olive Wren, Inc., 1:21-cv-08831-JPC**
**Request for a 30-Day Order**

Dear Judge Cronan:

We represent defendant Olive Wren, Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Arturo Estevez ("Plaintiff"), to inform the Court that the parties have reached an agreement in principle to resolve this action. Accordingly, counsel for Defendant respectfully requests that the Court stay all pending deadlines in this action for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

C: All Counsel of Record (via ECF)

This request is granted. All deadlines are adjourned *sine die*. If the parties have not filed a stipulation of dismissal by March 7, 2022, then the parties shall file a joint letter updating the Court on the status of this case.

The Clerk of the Court is respectfully directed to stay this case.

SO ORDERED.
Date: February 4, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001